3IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

SHERAH JOHNSTON                                                                         PLAINTIFF

     v.                              Civil No. 4:13-cv-0493

CAROLYN W. COLVIN, Commissioner
Social Security Administration                                                          DEFENDANT

## JUDGMENT

    Comes now the Court on this the 15th day of January 2015, in accordance with the Memorandum Opinion entered in the above-styled case on today's date, and hereby considers, orders, and adjudges that the decision of the Commissioner of the Social Security Administration is **AFFIRMED** and Plaintiff's Complaint is hereby dismissed with prejudice.

    **IT IS SO ORDERED**

                                /s/   Barry A. Bryant
                                HON. BARRY A. BRYANT
                                U.S. MAGISTRATE JUDGE